**COURTROOM DEPUTY'S MINUTES**          **MIDDLE DISTRICT OF ALABAMA**

--------------------------------------------------------------------------------------------

√ **INITIAL APPEARANCE**                    **DATE: January 25, 2006**
❑ **BOND HEARING**
❑ **DETENTION HEARING**          **Digital Recording    2:05 - 2:20**
❑ **PRELIMINARY (EXAMINATION)(HEARING)**
❑ **REMOVAL HEARING (R.40)**
√ **ARRAIGNMENT**

--------------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE: Susan Russ Walker      DEPUTY CLERK: Joyce Taylor**

**CASE NO. 2:06cr014-W          DEFENDANT NAME: Moses Pennic, III**

**AUSA: David Cooke          DEFT. ATTY: Barry Teague**

Type Counsel: (√ )Retained; ( ) CJA; ( ) Waived; ( ) FPD

**USPO/USPTS: Tamara Martin**

**Interpreter needed: ( √ ) NO; ( )YES  Name:**

_____

| | |
|---|---|
| √ | Date of Arrest January 25, 2006 or ❑ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❑ Prob/Sup Rel Violator |
| ❑ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ❑ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❑ | Panel Attorney Appointed; ❑ to be appointed - prepare voucher |
| ❑ | Deft. Advises he will retain counsel. Has retained _____ |
| ❑ | ❑ Government's ORAL  Motion for Detention Hrg. ❑ to be followed by written motion; ❑ Government's WRITTEN Motion for Detention Hrg. filed |
| ❑ | Detention Hearing ❑ held; ❑set for |
| ❑ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❑ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered.  Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000. Deft released |
| | ❑ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❑ | Bond not executed. Defendant to remain in Marshal's custody |
| ❑ | Deft. ORDERED REMOVED to originating district |
| ❑ | Waiver of ❑ preliminary hearing; ❑ Waiver Rule 40 hearing |
| ❑ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered. ❑Set for DISCOVERY DISCLOSURE DATE:  1/27/06 |
| √ | WAIVER of Speedy Trial.  CRIMINAL TERM:  June 26, 2006 |
| √ | NOTICE to retained Criminal Defense Attorney handed to counsel |