IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 FEB 15 A 8:24
DEBRA P. HACKETT, CLK
CR NOS 2:06CR014-Jw
MIDDLE DISTRICT ALA.

UNITED STATES OF AMERICA    *
                            *
VS.                         *
                            *
MOSES PENNIC, III           *

## MOTION TO CONTINUE PRETRIAL CONFERENCE

COMES NOW, the defendant, by and through the undersigned counsel, and moves this Honorable Court to continue the pretrial conference currently scheduled for April 7, 2004, and as grounds therefor shows as follows:

1. That defendant's attorney has a conflict with said hearing date inasmuch as he is scheduled to be in trial in the Circuit Court of Covington County on February 27, 2006 in the case of State of Alabama vs. Burnett (charges of Robbery I, Poss. Cont. Substance, etc.).

2. The next day, February 28, 2006, counsel is scheduled for trial in Florida in the Circuit Court of Washington County (Chipley, FL) in the case of State of Florida v. Andrews (4 charges of distribution of drugs).

3. The trial in this case is set for June 26, 2006, before U.S. District Judge Keith Watkins. The defendant is on supervised release.

4. The Assistant U.S. Attorney, K. David Cooke, Jr., does not oppose this motion.

WHEREFORE, defendant prays this Honorable Court to grant a continuance of the pretrial conference to a other than the week of February 27th for the reasons set forth above.

_____
BARRY E. TEAGUE, [TEA003]
ATTORNEY FOR DEFENDANT

ADDRESS OF COUNSEL:

Barry Teague, Esq.
138 Adams Avenue
Post Office Box 586
Montgomery, AL  36101
(334) 834-4500; FAX 834-4501

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document has been served upon the United States Attorney and any other counsel of record by placing same in the U.S. Mail, postage prepaid and addressed as shown below, on February 14, 2006.

**Hon. K. David Cooke, Jr.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, AL  36101**

*/s/ Barry E. Teague*
BARRY E. TEAGUE