IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr14-WKW |
| | ) | |
| MOSES PENNIC, III | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's motion to continue pretrial conference (Doc. # 10), filed February 15, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The pretrial conference is continued from February 27, 2006 to March 27, 2006 at 3:00 p.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

It is further ORDERED that all other deadlines set out in the arraignment order (Doc. # 9) entered on January 27, 2006, shall remain in effect.

DONE, this 16th day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE