IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS. | *    CR NO. 2:06-CR-14-W |
| | * |
| MOSES PENNIC, III | * |

## MOTION TO CONTINUE PRETRIAL CONFERENCE

COMES NOW, the defendant, by and through the undersigned counsel, and moves this Honorable Court to continue the pretrial conference currently scheduled for April 7, 2004, and as grounds therefor shows as follows:

1. That defendant's attorney has a conflict with said hearing date inasmuch as he is scheduled to be eulogizing a member of a small country church whose funeral is scheduled for this date at #:00 p.m. at Corbett's Funeral Home, Tuskegee, Alabama.

2. The trial in this case is set for June 26, 2006, before U.S. District Judge Keith Watkins. The defendant is on supervised release.

3. The U.S. Attorney's Office does not oppose this motion.

WHEREFORE, defendant prays this Honorable Court to grant a continuance of the pretrial conference to its pretrial docket for April 3, 2006, for the reasons set forth above.

_____
BARRY E. TEAGUE, [TEA003]
ATTORNEY FOR DEFENDANT

ADDRESS OF COUNSEL:

Barry Teague, Esq.
138 Adams Avenue
Post Office Box 586
Montgomery, AL 36101
(334) 834-4500; FAX 834-4501

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document has been served upon the United States Attorney and any other counsel of record by placing same in the U.S. Mail, postage prepaid and addressed as shown below, on March 27, 2006.

**Hon. K. David Cooke, Jr.**
**Assistant U.S. Attorney**
**Post Office Box 197**
**Montgomery, AL  36101**

                                                    /s/ Barry E. Teague
                                                    BARRY E. TEAGUE