IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.      ) | CR. NO. 2:06cr0014-WKW |
| ) | WO |
| MOSES PENNIC, III  ) | |

**ORDER ON MOTION**

Upon consideration of defendant's motion to continue pretrial conference (Doc. # 13), filed March 27, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The pretrial conference is rescheduled from March 27, 2006 to 3:00 p.m. on April 3, 2006 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex.

Done, this 27th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE