COURTROOM DEPUTY'S MINUTES                        DATE: April 3, 2006

MIDDLE DISTRICT OF ALABAMA                        Digital Recording: 3:32 - 3:33

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Susan Russ Walker**          **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER 2:06cr14-WKW**          **DEFENDANT(S) Moses Pennic, III**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| David Cooke | * * * * * | Barry Teague |

☐ **DISCOVERY STATUS:**
   No problems

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   No resolution as to plea discussions at this time
   Notice of intent to change plea to be filed on or before noon June 14, 2006

☐ **TRIAL STATUS**
   Trial time: 1-2 days

☐ **REMARKS:**