| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** June 2, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:07 - 3:09 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr14-WKW | **DEFENDANT(S)** Moses Pennic, III |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| David Cooke | * | Barry Teague |
| | * | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
    No problems

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
    Plea expected
    Notice of intent to change plea to be filed no later than noon on June 14, 2006

☐ **TRIAL STATUS**
    Trial time - 1 ½ days

☐ **REMARKS:**