RECEIVED
2006 JUN -6 P 12:05
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs. | *    CR No. 2:06-CR-14-W |
| | * |
| MOSES PENNIC, III | * |

## MOTION TO CONTINUE TRIAL

COMES NOW, the defendant, by and through the undersigned counsel, and moves this Honorable Court to continue the trial scheduled for the week of June 26, 2006, and as grounds therefor shows as follows:

1. That the counsel for defendant is a solo practitioner.

2. The defendant desires some additional time in which to discuss the discovery and facts related to the case herein with the undersigned.

3. A continuance would allow more time for counsel to discuss the discovery documents with his client and be better prepared for trial.

4. That recent discussions with the defendant indicate the need for the defense to conduct further investigation that will not likely be concluded before trial scheduled for June 26, 2006.

5. The defendant's affidavit is attached wherein he waives a speedy trial.

WHEREFORE, defendant, Moses Pennic, III, prays this Honorable Court to grant a continuance of the trial herein for the reasons set forth above.

_____
BARRY E. TEAGUE, [TEA003]
ATTORNEY FOR DEFENDANT

ADDRESS OF COUNSEL:

Barry Teague, Esq.
138 Adams Avenue
Post Office Box 586
Montgomery, AL  36101
(334) 834-4500; FAX 834-4501

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon the United States Attorney and any other counsel of record by placing same in the U.S. Mail, postage prepaid and addressed as shown below, on June 6, 2006.

**Hon. K. David Cooke, Jr.**
**Assistant U.S. Attorney**
**Post Office Box 197**
**Montgomery, AL  36101**

_____
BARRY E. TEAGUE