IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | CR. No.: 2:06cr14-WKW |
| ) | |
| **MOSES PENNIC, III** ) | |

### MOTION TO APPOINT FEDERAL DEFENDER OFFICE AS COUNSEL

COMES NOW the Office of the Federal Defenders, Middle District of Alabama and Kevin L. Butler, and submits the following motion:

1. Mr. Pennic was previously represented by Barry Teague, Esquire, in this matter.

2. In light of Mr. Teague's passing and Mr. Pennic's lack of financial resources, undersigned counsel and the Office of the Federal Defenders requests that appointment of counsel be permitted by the Court. See attached Financial Affidavit.

WHEREFORE, for good cause and in the interest of justice, undersigned counsel requests this motion be granted.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:06cr14-WKW |
| | ) | |
| MOSES PENNIC, III | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

David Cooke, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

        Respectfully submitted,

        s/ Kevin L. Butler
        KEVIN L. BUTLER
        First Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: kevin_butler@fd.org
        AZ Bar Code: 014138