IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 2:06cr14-WKW |
| ) | |
| MOSES PENNIC, III ) | |

### MOTION TO APPOINT FEDERAL DEFENDER OFFICE AS COUNSEL

COMES NOW the Office of the Federal Defenders, Middle District of Alabama and Kevin L. Butler, and submits the following motion:

1. Mr. Pennic was previously represented by Barry Teague, Esquire, in this matter.

2. In light of Mr. Teague's passing and Mr. Pennic's lack of financial resources, undersigned counsel and the Office of the Federal Defenders requests that appointment of counsel be permitted by the Court. See attached Financial Affidavit.

WHEREFORE, for good cause and in the interest of justice, undersigned counsel requests this motion be granted.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

**MOTION GRANTED**

THIS 25TH DAY OF August, 2006

_____
UNITED STATES MAGISTRATE JUDGE