COURTROOM DEPUTY'S MINUTES                    DATE: September 25, 2006

MIDDLE DISTRICT OF ALABAMA                    Digital Recording: 3:45 - 3:50

**PRETRIAL CONFERENCE**

PRESIDING MAG. JUDGE. Susan Russ Walker          DEPUTY CLERK: Joyce Taylor

CASE NUMBER:  2:06cr14-WKW              DEFENDANT(S)   Moses Pennic, III

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| David Cooke | * | Kevin Butler |
| | * | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
   Completed per USA

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   No discussions
   Notice of intent to change plea to be filed on or before noon on October 4, 2006

☐ **TRIAL STATUS**
   Trial time - 1 day

☐ **REMARKS:**
   Mr. Butler states that this case was not on office calendar and has not been assigned.
   Federal Defender was appointed after death of Mr. Teague.  Mr. Butler
   will ask for a continuance.  Mr. Butler to file status memo with the court by Wednesday.