# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:06cr14-WKW |
| | ) | |
| MOSES PENNIC, III | ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **MOSES PENNIC, III,** through undersigned counsel, Donnie Bethel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter from the October Trial Term.  In support of this motion, the Defendant would show the following:

1.      This case is now set for trial on October 16, 2006.  Mr. Pennic was originally represented by Barry Teague, who is now deceased.  Subsequently, the Federal Defenders Office was appointed to represent Mr. Pennic.

2.      It was not until last Friday, September 29, 2006, that undersigned counsel was able to obtain numerous documents of evidentiary value that were in the custody of Mr. Teague's estate.

3.      Undersigned counsel needs more time to review these documents and thoroughly investigate this case before advising Mr. Pennic about how to proceed in this case.

6.      The ends of justice will be served by the granting of a continuance.  The United States, through Assistant United States Attorney David Cooke, does not oppose this motion.

**WHEREFORE**, Defendant respectfully requests that this Motion to Continue be granted.

Dated this 2ND day of October, 2006.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CR. No.: 2:06cr14-WKW** |
| | ) | |
| **MOSES PENNIC, III** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2,  2006,  I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the

following:  David Cooke, Esq., Assistant U. S. Attorney, One Court Square, Suite 201,

Montgomery, Alabama  36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49