**COURTROOM DEPUTY'S MINUTES**               **DATE: December 18, 2006**

**MIDDLE DISTRICT OF ALABAMA**               **Digital Recording: 3:50 - 3:53**

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Susan Russ Walker**       **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 2:06cr14-WKW**       **DEFENDANT(S) Moses Pennic, III**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Todd Brown | * | Donnie Bethel |

☐ **DISCOVERY STATUS:**
    Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
    Possible plea
    Notice of intent to change plea to be filed on or before noon on 12/27/06

☐ **TRIAL STATUS**
    Trial time 1 ½ - 2 days

☐ **REMARKS:**
    If plea, more time will be needed to get plea together. Defendant may need to file motion to continue.