IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr014-WKW |
| | ) | |
| MOSES PENNIC, III | ) | |

### **ORDER**

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #41) filed on April 10, 2007, it is hereby

ORDERED that the defendant, MOSES PENNIC, III, appear with counsel before U. S. Magistrate Judge Susan Russ Walker on April 12, 2007 at 11:00 a.m. in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done, this 11th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE