U.S. District Court
Alabama Middle District
Calendar Events Set For **4/23/2007**
Judge William Keith Watkins, Presiding

**JURY SELECTION - JURY TRIAL**

**USA VS. MOSES PENNIC, III - 2:06cr14-WKW**

---

John T. Harmon an██████████████ Todd A. Brown representing USA (Plaintiff)

Donnie Wayne Bethel and Kevin L. Butler representing Moses Pennic, III (Defendant)

PO    Al Lancaster

1/20/06    Indictment filed - 2 Cts.

1/25/06    Not Guilty plea entered