```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
    v.                        )   CR. NO. 2:06cr0014-WKW
                              )
MOSES PENNIC, III             )
```

### MOTION TO STRIKE FORFEITURE ALLEGATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves the Court to strike the forfeiture allegation from the indictment returned January 20, 2006.

As grounds, the United States shows that the firearm has been forfeited through the administrative process.

A proposed Order is filed herewith.

Respectfully submitted this 18th day of April, 2007.

```
                         FOR THE UNITED STATES ATTORNEY
                             LEURA G. CANARY


                         /s/John T. Harmon
                         John T. Harmon
                         Assistant United States Attorney
                         Bar Number: 7068-II58J
                         Office of the United States Attorney
                         Middle District of Alabama
                         One Court Square, Suite 201
                         Montgomery, Alabama 36104
                         Telephone:(334) 223-7280
                         Facsimile:(334) 223-7560
                         E-mail: John.Harmon@usdoj.gov
```

CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2007, I electronically filed the foregoing Motion to Strike Forfeiture Allegation with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Todd A. Brown** and **Donnie W. Bethel**.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney