IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-014-WKW |
| | ) | |
| MOSES PENNIC, III | ) | |

## **ORDER**

Upon consideration of the Motion to Strike Forfeiture Allegation (Doc. # 47), and for good cause shown, it is ORDERED that the motion is GRANTED and that the forfeiture allegation is STRICKEN from the indictment.

DONE this 23rd day of April, 2007.

                                              /s/  W.  Keith Watkins
                                              UNITED STATES DISTRICT JUDGE