IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06-cr-14-WKW |
| | ) | |
| MOSES PENNIC, III | ) | |

## **ORDER**

It is ORDERED that the sentencing scheduled for July 20, 2007, is RESCHEDULED to July 17 2007, at 9:15 a..m. in Courtroom 2-E of the Frank M. Johnson, Jr. U.S. Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 18th day of June, 2007.

　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE