RECEIVED
2008 MAY 27 A 11: 19

Debra P. Hackett
   Clerk, U.S. District Court
   15 LEE ST STE 206
   MONTGOMERY  AL  36104-4055

May 23, 2008

**Appeal Number: 07-13378-GG**
Case Style: USA v. Moses Pennic, III
District Court Number:  06-00014 CR-W-N

TO:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

RECEIVED
2008 MAY 27 A 11: 20

For rules and forms visit
www.ca11.uscourts.gov

May 23, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-13378-GG**
Case Style: USA v. Moses Pennic, III
District Court Number: 06-00014 CR-W-N

---

The following record materials in the referenced case are returned herewith:

Record on Appeal VOL(S) Two Volumes

Exhibits - One Sealed Envelope and One psi

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Will Miller (404) 335-6194

REC-3 (06-2006)